```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
                                      :
UNITED STATES OF AMERICA              :
                                      :
     -against-                        :    ORDER 1:10CR01053-1
                                      :
Miguel Urena Mercedes                 :
                                      :
         Defendant                    :
                                      :
--------------------------------------X
```

Sarah Netburn, United States Magistrate Judge:

ORDERED that the defendant's bail be modified from home detention to curfew enforced by location monitoring (hours determined by Pretrial Services). All other release conditions shall remain in effect.

Dated: New York, New York
       February 25, 2021

SO ORDERED

_____
Sarah Netburn
United States Magistrate Judge