**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

   -against-

MIGUEL URENA-MERCEDES,
                Defendant.
------------------------------------------------------------X

10 CR. 1053 (RMB)

**ORDER**

      In light of the continuing COVID-19 pandemic, the status conference scheduled for Wednesday, April 28, 2021 at 9:30 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 1053

Dated: April 21, 2021
       New York, NY

                                                  RICHARD M. BERMAN
                                                        U.S.D.J.