UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

    -against-

MIGUEL URENA-MERCEDES,
                Defendant.
-----------------------------------------------------------X

10 CR. 1053 (RMB)

**ORDER**

In light of the continuing COVID-19 pandemic, the status conference scheduled for Tuesday, June 1, 2021 at 9:00 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 1053

Dated: May 26, 2021
       New York, NY

                                    _____
                                        RICHARD M. BERMAN
                                              U.S.D.J.