UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                10 CR. 1053 (RMB)

  -against-

**ORDER**

MIGUEL URENA-MERCEDES,
                Defendant.
------------------------------------------------------------X

      In light of the continuing COVID-19 pandemic, the sentencing scheduled for Wednesday, September 15, 2021 at 12:00 PM is being held by video via Microsoft Teams pursuant to the CARES Act and applicable implementing court procedures.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 1053

Dated: September 8, 2021
       New York, NY

                                                RICHARD M. BERMAN
                                                U.S.D.J.